UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSEPH WILLIAMS

                      Plaintiff,

-vs-

EUGENE CONWAY ONONDAGA COUNTY SHERIFF,
ONONDAGA COUNTY, ONONDAGA COUNTY SHERIFF'S OFFICE, ESTEBAN GONZALEZ CHIEF CUSTODY DEPUTYONONDAGA COUNTY JUSTICE CENTER,
THOMAS MCDOWELL SERGEANT ONONDAGA COUNTY JUSTICE CENTER,
JOHN HINTON DEPUTY ONONDAGA COUNTY JUSTICE CENTER.

                     Defendants.
_____

Civil Case No:
9:15-cv-00427

_____

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
_____

PLEASE TAKE NOTICE that upon filing of Plaintiffs' Memorandum of Law in Support of class certification and the Affirmation of Joshua Cotter, Esq. in support of Plaintiffs' application; on June 26, 2015 at 10 a.m., or as soon thereafter as counsel can he heard, will make a motion at the United States District Court, Northern District of New York, Binghamton, New York, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order certifying this proceeding as a class action together with such other relief as may be just.

                                                      Respectfully submitted,

                                                      /s/ Joshua Cotter_____
                                                      **LEGAL SERVICES OF**
                                                      **CENTRAL NEW YORK, INC.**
                                                      **Joshua T. Cotter**
                                                      **Samuel C. Young**
                                                      **Attorneys for the Plaintiff**
                                                      **472 South Salina Street, Third Fl.**
                                                      **Syracuse, New York 13202**
                                                      **(315)-703-6579**