UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

                                          **Index No.:**9:15-cv-00427

**JOSEPH WILLIAMS**,
                      Plaintiff,
   -against-                              **Certificate of Service**

**EUGENE CONWAY, et al**

                      Defendants.
_____


     The undersigned certifies that on May 13, 2015 he filed electronically a Motion for Class Certification along with supporting paperwork which caused the same to be served upon Onondaga County, the Onondaga County Sheriff's Office and all named Defendants in their official capacities through their attorney:

        Carol L Rhinehart, Esq.
        Onondaga County Attorney's Office
        John H. Mulroy Civic Center 10th FL
        421 Montgomery Street
        Syracuse, New York 13202


pursuant to the Court's CM/ECF Rules.


Dated: Syracuse, New York
       May 13, 2015

                                      /s/ Joshua T. Cotter
                                      Joshua T. Cotter (518217)
                                      Legal Services of Central New York, Inc.
                                      Attorneys for Plaintiff
                                      472 S. Salina St., Suite 300
                                      Syracuse, New York 13202
                                      Tel No:  (315) 703-6579
                                      Fax No:  (315) 475-2706
                                      Jcotter@lscny.org